Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of SENECA HOWARD THRESHER, Father of FRANK R. THRESHER, Deceased, Respondent, v. AMERICAN BRIDGE COMPANY, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of JOHN MOYLAN, Respondent, for Compensation under the Workmen's Compensation Law, v. ACME BURLAP BAG COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation of RAFFAELO PICUILLO, Respondent, v. THE JESSOPH CO., INC., Employer, and THE EMPLOYERS MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of FRANCIS B. MURRAY, Brother, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of ANNA V. MURRAY, v. P. F. COLLIER & SON COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by RICHARD J. MCGOWAN, Respondent, v. H. E. TAYLOR & CO., Employer, and ALLIED MUTUALS LIABILITY INSURANCE CO., Insurance Carrier, Appellants.— Award reversed and matter remitted to the Commission on the ground that the compensation exceeding the sum of $250, the same should be paid to the estate instead of the widow. All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JOSEPH CHIMERO, Respondent, on Account of the Death of DOMENICK CHIMERO, Deceased, v. STANDARD CHARCOAL COMPANY, Employer, and MANUFACTURERS' LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CHARLES T. GREENLAND, Father, and CORA A. GREENLAND, Mother, Respondents, for Compensation under the Workmen's Compensation Law, for the Death of HAROLD GREENLAND, Deceased, v. C. E. MILLS OIL COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HAZEL LEON and Others, Respondents, for Compensation under the Workmen's Compensation Law, v. GILBERT KNITTING CO., Employer, and UTICA MUTUAL INSURANCE COMPANY, Insurance Carrier, Appellants.— Awards unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter